**CLEARY BUILDING CORP.,
Appellant,**

v.

**Jerry SINGLETON and Rebecca
Singleton, Respondents.**

**No. WD 70017.**

Missouri Court of Appeals,
Western District.

Dec. 22, 2009.

Patrick M. Reidy, Esq., Kansas City, MO, for appellant.

Troy L. Dietrich, Esq., Cameron, MO, for respondent.

Before Division One: ALOK AHUJA, Presiding Judge, JAMES M. SMART, JR. and LISA WHITE HARDWICK, Judges.

## ORDER

PER CURIAM:

Appellant Cleary Building Corp. filed this suit against Respondents Jerry and Rebecca Singleton, arising out of Cleary's construction of a building on the Singletons' property. Jerry Singleton counter-claimed, alleging that Cleary's conduct in constructing the building not only breached the contract, but also violated the Missouri Merchandising Practices Act, §§ 407.010–407.309, RSMo.

After a bench trial, the trial court found in favor of the Singletons and against Cleary. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).